## UNITED STATE DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **1900 CAPITAL TRUST II BY US** | ) | |
| **BANK TRUST NATIONAL** | ) | |
| **ASSOCIATION** | ) | |
| | ) | |
| **v.** | ) | **2:23-cv-413-JDL** |
| | ) | |
| **NADINE M. GENDRON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

**Dated this 3rd day of November, 2023.**


_____/s/ Jon D. Levy_____
**CHIEF U.S. DISTRICT JUDGE**